## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| SOL HOLDCO III B LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:21-cv-0025 |
| | ) |
| MARGARET Y. DEAN, a/k/a MARGARET YOUNG DEAN; MARGARET YOUNG DEAN, TRUSTEE OF THE MARGARET YOUNG DEAN REVOCABLE FAMILY TRUST u/t/d APRIL 21,2016; U.S. DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE; and VIRGIN ISLANDS BUREAU OF INTERNAL REVENUE, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on "Defendant Government of the Virgin Islands Bureau of Internal Revenue's (GVI-VIBIR) Motion to Dismiss Cross-Claim" against Defendant Margaret Y. Dean a/k/a Margaret Young Dean in the above-captioned matter. The premises being duly considered it is hereby

**ORDERED** that GVI-VIBIR'S Motion to Dismiss Cross-Claim, ECF No. 43, is **GRANTED;** it is further

**ORDERED** that GVI-VIBIR's Cross-Claim filed at ECF No. 24 is **DISMISSED;** it is further

**ORDERED** that a copy of this Order shall be served upon the named Defendants, Plaintiff, and also directed to all counsel of record.

**Dated:** October 3, 2022                              */s Robert A. Molloy*
                                                        **ROBERT A. MOLLOY**
                                                        **Chief Judge**